IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DA'VHON YOUNG,**
**# N12032,**

    *Plaintiff,*

v.                        Case No.: 4:26cv55-MW/MAF

**LEON COUNTY SHERIFF'S**
**OFFICE, et al.,**

    *Defendants.*
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 7, and has also reviewed *de novo* Plaintiff's objections, ECF No. 8. As noted in the report and recommendation, Plaintiff is a three-striker who failed to list his litigation history and has not alleged facts demonstrating imminent harm. Plaintiff objects in conclusory fashion, but his objections do not move the ball with respect to the report and recommendation.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 7, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The motion for leave to proceed *in forma pauperis*, ECF No. 3, is **DENIED**. The Clerk shall enter judgment stating,

"Plaintiff's complaint is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g)." The Clerk shall note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(g) and close the file.

    **SO ORDERED on February 18, 2026.**

                               <u>s/Mark E. Walker</u>
                               **United States District Judge**